

1  DARREN C.N. NGUYEN (SBN 180588)
   JAY I. NUNEZ (SBN 248718)
2  NGUYEN & LUU, LLP
   120 S. Harbor Blvd., Suite F
3  Santa Ana, CA 92704
   (714) 418-2080 Telephone
4  (714) 418-2081 Facsimile
   dnguyen@nguyenluu.com
5  Attorneys for Plaintiff, HUONG THI LUONG

**FILED**

JAN 1 8 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY            CP            DEPUTY

6

7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10                 **SAN DIEGO, CALIFORNIA**

11

12  HUONG THI LUONG                          ) Case No. **'08 CV 0129 J WMc**
          (A# 43-071-358),                   )
13                                           )
                                             )
14                Plaintiff                  )
        v.                                   )  **PETITION FOR HEARING ON**
15                                           )  **NATURALIZATION**
    MICHAEL MUKASEY, Attorney                )  **APPLICATION;**
16  General of the United States;            )  **MANDAMUS;**
    MICHAEL CHERTOFF, Secretary of           )  **ADMINISTRATIVE PROCEDURE**
17  the Department of Homeland Security;     )  **ACT; DUE PROCESS**
    EMILIO T. GONZALEZ, Director,            )
18  United States Citizenship and            )
    Immigration Services; PAUL M.            )
19  PIERRE, San Diego District Director      )
    of United States Citizenship and        )
20  Immigration Services; ROBERT S.          )
    MUELLER, III, Director of Federal        )
21  Bureau of Investigation; UNITED          )
    STATES DEPARTMENT OF                     )
22  JUSTICE; UNITED STATES                   )
    DEPARTMENT OF HOMELAND                   )
23  SECURITY; UNITED STATES                  )
    CITIZENSHIP AND IMMIGRATION              )
24  SERVICES; FEDERAL BUREAU OF              )
    INVESTIGATIONS                           )
25                                           )
              Defendants.                    )
26  _____ )

27  ///

28  ///

ORIGINAL

## I.    INTRODUCTION AND FACTUAL ALLEGATIONS

1.    This is a lawsuit brought by HUONG THI LUONG, to obtain naturalization by this court pursuant to 8 U.S.C. §1447(b).    This court has exclusive jurisdiction to make a determination on his applications, since it is more than 120 days since her interview by United States Citizenship and Immigration Services (USCIS).    Plaintiff requests that the Court grant her naturalization applications, and give her oaths of citizenship.    She meets all the statutory eligibility requirements for citizenship.

2.    Plaintiff is a lawful permanent resident (A# 43-071-358) of the United States. Plaintiff filed an N-400, Application for Naturalization with the USCIS. She was interviewed by the USCIS San Diego Office on May 19, 2005. Plaintiff passed the test of English and U.S. history and government.    However, Plaintiff was informed that her case was being continued for the completion of her background investigation, that no action was required on her part at the time, and that the Service would notify her by mail as to the final outcome of his case. (*Exhibit 1*).

3.    Plaintiff, concerned that she had not heard anything regarding her naturalization, began a series of status inquiries.  Plaintiff made four inquiries into the status of her naturalization case for which the Service responded that her case was being held in abeyance pending the completion of his background clearance from the FBI. (*Exhibit 2*).

4.    On information and belief, as a result of a post 9-11 mandate from the Attorney General, USCIS initiated enhanced security checks for all naturalization applications in or about December 2002.  As more fully alleged below, as a result of the Attorney General's actions, as well as the actions of the other named Defendants, tens of thousands of applications for naturalization have become hopelessly backlogged and mired in unproductive and wasteful "name checks" that bear no rational relationship to legitimate national security measures.

5.    On information and belief, under the new mandate, the Federal Bureau of Investigation (FBI) re-submitted 2.3 to 2.7 million names through the Interagency Border Inspection System (sometimes hereinafter referred to as "IBIS") – names which had previously been "cleared" in a FBI name review.

6.    On information and belief, the main database used by the former Immigration Naturalization Service (INS), and now by the USCIS, to track immigrants is the Central Index System, which collects, maintains and distributes biographical information on all known non-United States citizens present in the United States.  On information and belief, all applicants for naturalization are checked in the Central Index System before their applications may be approved. On information and belief, even after concluding that a lawful permanent resident alien who has applied for naturalization to become a citizen of the United States is eligible for the benefit, USCIS will not schedule the applicant, including the Plaintiff in this case, to be sworn in as a citizen until the applicant has been cleared through the IBIS system and a FBI name check.

7.    On information and belief, the IBIS represents the primary resource for apprehending criminal aliens. On information and belief, it resides on the Treasury Enforcement Communications System, provides law enforcement agencies access to the FBI's National Crime Information Center, and permits users to interface with all 50 States via the National Law Enforcement Telecommunications System.  On information and belief, besides the FBI and CIS, about 20 other federal agencies use the IBIS.

8.    On information and belief, the IBIS includes the combined databases of the United States Customs, the former INS now USCIS, the State Department, and 21 other federal agencies, including the FBI's National Crime Information Center (NCIC) and fifty states via the national Law Enforcement Communications System. Other data bases that feed into the IBIS include the CIS's Central Index System, the Computerized Applicant Information System which houses

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**

1  information about visa applicants who seek to change their visa status, the Student
2  Exchange Visitor Information System which houses information about non-
3  immigrant students, the Non-Immigrant Alien Lookout System which tracks
4  enforcement actions taken against individuals by the Department of Justice or
5  Homeland Security, the Consular Lookout and Support System used by the State
6  Department to house information about people who have violated the terms of
7  their visas, and the Consolidated Consular database, which integrates the State
8  Department information used by foreign visa officers.

9      9.    On information and belief, through the IBIS law enforcement officers
10  can submit a person's name and date of birth (or alien registration number) for any
11  criminal history or wanted notifications.

12      10.    On information and belief, IBIS is supplemented by the Department
13  of Homeland Security's IDENT system that uses fingerprints to identify aliens
14  and is routinely used by U.S. immigration and border agents and inspectors. On
15  information and belief, the Automated Biometric Fingerprint Identification
16  System (IDENT) can provide information on non-citizens within a few minutes.
17  The IDENT system is used, for example, to ensure that non-citizens entering the
18  United States are the same persons to whom the visas were issued. On information
19  and belief, the fingerprints of applicants for naturalization are submitted to IDENT
20  in order to verify identity and criminal history.

21      11.    On information and belief, the FBI's NCIC, which integrates into
22  IBIS, is a national index of theft reports, warrants, and other criminal justice
23  information submitted by law enforcement agencies across the country. On
24  information and belief, the NCIC returns "hits" not just on matching names and
25  birth dates, but also, for example, on phonetically similar names (e.g. Marko,
26  Marco, or Knowles), and derivatives of names (e.g. William, Willie, Bill, etc.). As
27  a result, on information and belief, names submitted to NCIC for checks often
28  return "hits" concerning criminal convictions, warrants, etc., that are entirely

1    unrelated to the person whose criminal background is being checked.

2        12.    On information and belief, the FBI uses its National Name Check
3    Program (NNCP) to check the names and backgrounds of applicants for
4    naturalization. The NNCO disseminates information from the FBI's Central
5    Records System. The Central Records System contains all of the FBI's
6    investigative files. The NNCP is used for a range of name checks, including for
7    such matters as attendance at White House events, admission to bar associations,
8    etc.

9        13.    On information and belief, the FBI has experienced an exponential
10    growth in the requests for name checks, from approximately 2.5 million prior to
11    September 11, 2001, to almost 6 million by June 2004. On information and belief,
12    the number is expected to shortly reach almost 10 million requests per year.

13        14.    On information and belief, when a name check is received by the
14    FBI, the name is first electronically checked by the National Name Check
15    Program of the agency's Records Management Division. Names are first checked
16    against a FBI Universal Indices (UNI) database. The search seeks all instances of
17    the name and a close date of birth. Names are checked whether they involve the
18    subject of an FBI investigation (called a "file name"), or simply a name that
19    appears in any investigative file (called a "reference name"). According to the
20    FBI, a reference name may be a witness, an associate of the subject of the
21    investigation, or may appear for "a myriad of other reasons" in an FBI file. *See*
22    The Visa Approval Backlog and Its Impact on American Small Business, June 4,
23    2003, Prepared remarks by Robert J. Garrity, Assistant Director (Acting), FBI,
24    before the House Committee on Small Business ("Garrity Testimony").[1]

25        15.    Names are searched in the UNI using a multitude of combinations,
26    for example switching the order of first, last and middle names, as well as
27    combinations of just the first and last names, the first and middle names, the

28    _____

[1]available at www.ilw.com/immigdaily/News/2003,1219-garrity.shtm.

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**

1   middle and last names, etc.  The search also seeks out phonetic spelling variations
2   of the names.  As a result of the FBI search mechanisms employed, it is routine
3   and inevitable that a significant number of names submitted for FBI name checks
4   result in multiple "hits."  Plaintiff alleges that the system for name checks is so
5   overly broad as to render it almost useless as a tool for determining eligibility for
6   naturalization, while unreasonably causing inordinate delays in the approving of
7   citizenship for long-time lawful permanent residents.

8       16.   On information and belief, after a "hit" is received, a manual search
9   by an FBI employee begins of the files or indices entry related to the "hit" or
10  many "hits." The FBI records relating to all "hits" are retrieved and reviewed. If
11  the records were uploaded into the FBI Automated Case Support system (ACS),
12  the file can be retrieved rapidly. If not, the paper files must be retrieved from one
13  or more of the 265 locations around the country where the FBI maintains files,
14  including 56 FBI field offices, several warehouses, and several records centers. If
15  a review of the FBI files indicates that the individual whose name has been
16  submitted for a check is not the same person identified in the FBI file, the request
17  is completed as a "No Record."

18      17.   On information and belief, FBI name checks can be completed within
19  several days. For example, the United States Consulate in Thailand's internet
20  home page states that "an FBI name check ... can take anywhere from 7-14 days"
21  in relation to the issuance of visas for immigrants coming to the United States.
22  Yet, FBI name checks for applicants for naturalization within the United States
23  appear to take several months or years to complete.

24      18.   On Information and belief, the FBI has publicly stated that name
25  checks for foreign visitors coming to the United States can be completed in a
26  matter of "days." Washington Post, November 11, 2003, Post-9/11 Visa Rules
27  Keep Thousands From Coming to the U.S. Nevertheless, name checks for long-
28  term lawful residents seeking naturalization appear to take several months or

years.

19.    On information and belief, the FBI now conducts almost 10 million name checks for a variety of reasons each year, including over 250,000 name checks for visa applicants. On information and belief, the FBI estimates that about 90% of name checks are completed within 30 days. However, name checks for naturalization applicants appear to take several months or years.

20.    On information and belief, the National Instant Check System (NICS) for firearms transactions took effect on November 30, 1998, replacing the Brady Act's five-day waiting period. According to the FBI, which operates the NICS, the system is a national database containing records of persons who are disqualified from receiving firearms. On information and belief, when a "hit" occurs on the NICS system, the FBI manages to respond within a matter of hours or days so that the firearm transaction can be completed. On information and belief, this is because the FBI has assigned an appropriate number of agents to address such requests and "hits." In contrast, requests for security checks for naturalization applicants may take several months or years because the FBI has failed to assign an adequate number of agents or establish adequate procedures to process such requests and "hits" within a reasonable time.

21.    On information and belief, despite the long delays experienced by applicants for citizenship in obtaining the results of FBI name checks, less than 1% of all name checks result in the matching of a name submitted with any derogatory information. On information and belief, these requests are forwarded to the appropriate FBI investigative division for further review.

22.    On information and belief, the FBI's name check system accurately monitors the status of naturalization requests in the name check process allowing the FBI to identify the backlog in pending naturalization name check requests and when additional personnel is required to reduce backlogs. On information and belief, the FBI has ignored such data and has failed to assign sufficient staff to

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**

1    process name check requests for naturalization applicants within a reasonable
2    time. On information and belief, the FBI has assigned approximately 125
3    employees to handle over 500,000 name check requests received each month, a
4    vastly inadequate number to process such requests in a relatively timely manner.
5    As the FBI concedes, "the[ ] processing delays [caused in the name check system]
6    can also diminish counterterrorism effectiveness." Garrity Testimony, under the
7    heading: Decentralized Recordkeeping System.

8        23.    On information and belief, since January 2003, the USCIS and FBI
9    have been conducting the enhanced name checks as part of their routine
10    application processing for naturalization applications.

11        24.    In a Memorandum dated May 10, 2002, William R. Yates, Deputy
12    Executive Associate Commissioner, Office of Field Operations, Immigration
13    Services Division, set out the guidelines for IBIS checks for those who have
14    successfully completed the naturalization interview and are awaiting the oath
15    ceremony. An applicant does not become a citizen until he or she is sworn in. The
16    Yates Memorandum directs that individuals waiting to be sworn in should be
17    processed through IBIS prior to the ceremony "to the maximum extent possible."
18    Memorandum from William R. Yates, to Regional Directors, Service Center
19    Directors, and District Directors, May 10, 2002.

20        25.    On information and belief, the name check for naturalization
21    applicants now involves the following: (1) USCIS initially runs an applicant's
22    name through the Interagency Border Inspection System ("IBIS"), a central
23    database which includes information compiled from several federal agencies; (2)
24    the FBI completes its enhanced security check on the applicant's name as
25    discussed above; (3) USCIS again runs the applicant's name through IBIS before
26    final approval of the application and scheduling the applicant to be sworn in as a
27    citizen. Because the process takes so long, applicants' fingerprints frequently
28    become "stale," and USCIS must repeatedly obtain the applicants' fingerprints.

26. Pursuant to the regulations at 8 C.F.R. § 335.2(b), USCIS must complete a criminal background check **before** scheduling an applicant's naturalization examination. USCIS is mandated to schedule an interview "…only after the Service has received a definitive response from the Federal Bureau of Investigation that a full criminal background check of the applicant has been completed." 8 C.F.R. § 335.2(b). Additional and seemingly endless delays in the name of "clearance checks" or "security checks", are clearly not contained in the plain language of the naturalization statute and its implementing regulations. As a result, Defendants' post-examination "security check" clearance is neither appropriate nor authorized under current law. USCIS must adjudicate Plaintiff's naturalization applications no more than 120 days after her interview. INA § 336. That date came and went in September 2005.

27. Under 8 C.F.R. § 335.2, the Defendant FBI has the responsibility of processing security checks/clearances for naturalization applicants.

28. On or around October 27, 2005, USCIS issued a letter to Plaintiff stating that under a new USCIS policy the Service would not naturalize applicants until the background check procedures were fully completed and the background check process in her case was not yet completed. As a result of a post-911 mandate from the Attorney General, the USCIS initiated enhanced security checks for all naturalization applications. (*Exhibit 3*).

29. Plaintiff's application for naturalization has now remained unadjudicated for two and a half (2 1/2) years from the date of interview.

30. Defendants have sufficient information to determine Plaintiff's eligibility pursuant to applicable requirements.

31. INA Section 336(b), 8 U.S.C. § 1447(b), provides for judicial review for stalled naturalization petitions:

> i. If there is a failure to make a determination under [INA] § 335 [8 U.S.C. § 1446] before the end of the 120-day period after the date on which the examination is conducted under such section [i.e. the applicant's

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**

interview with the CIS], the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter. Such court has jurisdiction over the matter and may either determine the matter or remand the matter, with appropriate instructions to the Service to determine the matter. The examination referred to is the initial interview scheduled under 8 U.S.C. § 1446(a).

32.    Defendants, in violation of 8 U.S.C. §1447, have failed to make a determination on Plaintiff's naturalization application within the 120-day period after the date of examination.

33.    Defendant, FBI, has failed to complete the required background checks in a timely fashion pursuant to 8 C.F.R. §335.2 and 5 U.S.C. §555(b) warranting mandamus ordering the completion of the required checks.

34.    Defendants' delay in adjudicating and approving Plaintiff's naturalization application and scheduling her for the naturalization oath for more than 120 days due to a post-examination "security check" standard is unlawful and inconsistent with, *inter alia*, 8 U.S.C. §1447, 5 U.S.C. §555(b) and 5 U.S.C. §551, et seq. of the Administrative Procedure Act.

35.    Defendants pattern, practice, and policy of failing to adjudicate applications for naturalizations within the proscribed 120 days of the date a naturalization examination is complete violates Plaintiff's right to due process of law.

## II.    PARTIES

36.    Plaintiff, Ms. HUONG THI LUONG, is a lawful permanent resident of the United States (Alien #46-586-075). Plaintiff resides in San Diego County of the state of California, within the jurisdiction of this Court. Plaintiff applied for naturalization to the United States and was interviewed for her naturalization application on May 19, 2005. Defendants have failed to make a decision on the application within 120 days after the examination.

**PETITION FOR HEARING ON NATURALIZATION APPLICATION**

1    37.    Defendant Michael Mukasey is the Attorney General of the United

2    States. He has been conferred the authority to naturalize persons as citizens of the

3    United States by INA §310(a), 8 U.S.C. §1421(a), and is sued here in his official

4    capacity.

5    38.    Defendant Michael Chertoff is the Secretary of the Department of

6    Homeland Security (DHS), and this action is brought against him in his official

7    capacity.  He is generally charged with enforcement of the INA, and is further

8    authorized to delegate such powers and authority to subordinate employees of the

9    DHS, in particular 8 U.S.C. § 1103(a); 8 C.F.R. § 2.1.

10    39.    Defendant Emilio T. Gonzalez is the Acting Director of United States

11    Citizenship and Immigration Services (USCIS), an agency within the DHS to

12    whom the Secretary's authority has in part been delegated and is subject to the

13    Secretary's supervision.  Defendant Director is generally charged with the overall

14    administration of benefits and immigration services.  8 C.F.R. § 100.2(a).

15    40.    Defendant Paul Pierre, San Diego District Director, is an official of

16    the USCIS generally charged with supervisory authority over all operations of the

17    USCIS within her District with certain specific exceptions not relevant here.  8

18    C.F.R. § 100.2(d)(2)(ii).  As will be shown, Defendant Director is the official with

19    whom Plaintiff's naturalization remains pending.

20    41.    Defendant Robert S. Mueller, III, is Director of Federal Bureau of

21    Investigations (FBI), the law enforcement agency that conducts security

22    clearances for other U.S. government agencies, such as the Department of State.

23    As will be shown, Defendant has failed to complete the security clearance on

24    Plaintiff's cases.

25

26    **III.    JURISDICTION**

27    42.    This Honorable Court has jurisdiction over the present action

28    pursuant to INA §336(b), 8 U.S.C. §1447(b) (jurisdiction for hearing on

1 naturalization in certain cases of delay); 28 U.S.C. § 1331 (federal question

2 jurisdiction); 28 U.S.C. §2201, the Declaratory Judgment Act; and 5 U.S.C. §

3 702, the Administrative Procedures Act.

4

5 **IV.    VENUE**

6       45.    Venue is proper in this Honorable Court pursuant to 8 U.S.C. §

7 1447(b), and 28 U.S.C. § 1391(e), in that Plaintiff may request a hearing on the

8 matter in the District where Plaintiff resides.

9

10 **V.    REQUEST FOR RELIEF**

11       WHEREFORE, Plaintiff respectfully requests that this Court:

12       46.    Order Defendants to appear herein and that, upon due consideration,

13 the Court enter an order adjudicating the naturalization application, and if the

14 Court finds Plaintiff eligible for naturalization, to administer the Oath of

15 Allegiance to Plaintiff.

16       47.    Order the FBI expedite their namecheck and related security checks

17 within 30 days or by a date-certain deadline.

18       48.    In the alternative, the Court may remand requiring Defendants to

19 immediately adjudicate Plaintiff's naturalization application and immediately

20 schedule the oath ceremony, or by a date-certain deadline.

21       49.    Review de novo and grant the naturalization application of Plaintiff,

22 and give the Plaintiff her oath of citizenship.

23       50.    Award of reasonable attorney's fees under the Equal Access to

24 Justice Act, 28 U.S.C. § 2412, and such other relief as the Court may deem just

25 and proper.

26       51.    In addition, Plaintiff further humbly prays that if the Court remands

27 this matter to the Service, it directs the District Director, if the decision is adverse

28 to Plaintiffs, to justify and explain the decision to preclude the sense of retaliation

by any of the Defendants for having brought this lawsuit or for having exposed the District Director's inefficiency to the senior officers of the district, region and central offices of the USCIS.

52.    Grant any and all further relief this Court deems just and proper.

Dated:                                                    Respectfully Submitted,
                                                          NGUYEN & LUU, LLP


                                                 By: _____
                                                          DARREN C. N. NGUYEN
                                                          JAY I. NUNEZ
                                                          Attorney for Plaintiff
                                                          HUONG THI LUONG

PETITION FOR HEARING ON NATURALIZATION APPLICATION

# EXHIBIT 1

Department of Homeland Security
U.S. Citizenship and Immigration Services

# N-652, Naturalization Interview Results

**A#: 43 071 358**

On    **May 19, 2005**   , you were interviewed by USCIS officer         **PEDERSEN**

☐   You passed the tests of English and U.S. history and government.

☐   You passed the tests of U.S. history and government and the English language requirement was waived.

☐   USCIS has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or a knowledge of U.S. history and government.

☐   You will be given another opportunity to be tested on your ability to _____ speak/_____read/_____ write _____ English.

☐   You will be given another opportunity to be tested on your knowledge of U.S. history and government.

☐   Please follow the instructions on Form N-14.

☐   USCIS will send you a written decision about your application.

☐   You did not pass the second and final test of your _____ English ability/ _____knowledge of U.S. history and government. You will not be rescheduled for another interview for this Form N-400. USCIS will send you a written decision about your application.

A) _____ **Congratulations! Your application has been recommended for approval.** At this time it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**NOTE: You will become a United States citizen _after_ you have taken the oath of allegiance on the day of the Oath Ceremony. You are not eligible to register to vote until _after_ the Oath Ceremony.**

B) _____✓_____ **A decision cannot yet be made about your application.**

It is very important that you:

☑   Notify USCIS if you change your address

☑   Come to any scheduled interview.

☑   Submit all requested documents.

☑   Send any questions about this application in writing to the officer named above. Include your full name, Alien Registration Number (A#,) and a copy of this paper.

☑   Go to any Oath Ceremony that you are scheduled to attend.

☑   Notify USCIS as soon as possible in writing if you cannot come to any scheduled interview or Oath Ceremony. Include a copy of this paper and a copy of the scheduling notice.

**NOTE: Please be advised that under section 336 of the Immigration and Nationality Act, you have the right to request a hearing before an immigration officer if your application is denied, or before the U.S. district court if USCIS had not made a determination on your application within 120 days of the date of your examination.**

# EXHIBIT 2

# NATURALIZATION INQUIRY WORKSHEET
## APPLICANT INFORMATION- PLEASE COMPLETE

Luong, Huong HUONG          7 / 13 / 1959
LAST NAME    FIRST NAME              Date of Birth

1045 Daisy Street          CURRENT MAILING ADDRESS
Escondido, Ca. 92027

Day time phone # (760) 489 - 5846    Evening Phone # (760) 489 - 5846

INS A# (ALIEN REGISTRATION CARD NUMBER):   A 43 071 358

DATE OF FILING N-400:  12 - 30 - 2004
HAS YOUR ADDRESS CHANGED SINCE FILING?  YES ___  NO X

IF "YES" GIVE ADDRESS ON APPLICATION   _____

HAVE YOU BEEN INTERVIEWED?  YES X  NO ___
IF "YES" GIVE DATE AND LOCATION OF INTERVIEW: 5-19-2005 / 880 FRONT ST - Room 120

GIVE DATE AND PLACE OF LAST FINGERPRINTING: 1 - 26 - 2005

SIGNATURE OF APPLICANT Huong     DATE 10-28-2005
***** Response to this inquiry may take up to 30 days! *****
## OFFICIAL USE ONLY -DO NOT WRITE BELOW THIS LINE

☐ An appointment for fingerprints has been made in your name and notification will
   follow shortly.

☐ Your case has been reopened and an appointment for an interview will be sent to
   you in a few weeks.

☐ Your case has been requested from the INS office where you held prior residency.
   Please allow 30 to 45 days for completion of transfer.

☐ Your case has been closed since _____, because you where a No Show for a
   scheduled appointment on _____. You will need to reapply.

In response to your inquiry, we need the following in order to take action:

☐ Please submit a letter of explanation regarding:
      Your failure to appear for a scheduled interview appointment on
      _____.
      Your failure to appear for a scheduled fingerprint appointment on
      _____.

☐ Please submit formal request to reopen case.

☐ Case was closed on ___/___/___

If a response is needed please mail to: Attn: Inquiry Clerk
                                        880 Front Street Rm. 1234
                                        San Diego, Ca 92101

# NGUYEN & LUU, LLP

### ATTORNEYS AT LAW

120 SOUTH HARBOR BLVD., SUITE F, SANTA ANA, CALIFORNIA 92704
TELEPHONE (714) 418-2080 • FACSIMILE (714) 418-2081

September 29, 2007

U.S. Immigration and Naturalization Services
Suite 1234
880 Front Street
San Diego, CA 92101

     **RE:**    **A# 043-071-358**
              **WSC*001252309**
              **LUONG, HUONG THI**

Dear Sir or Madam:

I am writing regarding Mrs. Huong Thi Luong's application for Naturalization. Mr. Nguyen has retained our law firm to assist him in this matter. Enclosed, please find an original Form G-28 for verification. Please direct all future correspondences regarding Mrs Luong's application for Naturalization to this office:

          NGUYEN & LUU, LLP
          120 S. Harbor Blvd., Suite F
          Santa Ana, CA  92704
          ATTN: Darren C. N. Nguyen, ESQ.

Mrs. Luong attended a Naturalization interview on May 19, 2005 and passed both the English and U.S. History and Government Exams. On or about May 19, 2005 your office issued a letter informing our client that although he had already passed these exams, a decision could not yet be made about his application. Please note that it has been more than two years since this notice was issued. Our client is now requesting that you please advise him as to the status of his application.

Thank you in advance for your prompt attention in this matter. Should any questions arise, do not hesitate to contact this office at the above address and telephone number.

Sincerely,

NGUYEN & LUU, LLP

Darren C. N. Nguyen
Attorney at Law

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re:  LUONG, Huong Thi | Date: 09/21/2007 |
| | File No. A043-071-358 |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name:  Huong Thi Luong | ☐ Petitioner    ☑ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)        (Number & Street) | (City) | (State) | (Zip Code) |
| 1045 Daisy Street, | Escondido, | CA | 92027 |

| Name: | ☐ Petitioner    ☐ Applicant |
| | ☐ Beneficiary |

| Address: (Apt. No.)        (Number & Street) | (City) | (State) | (Zip Code) |

*Check Applicable Item(s) below:*

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

California _____ Supreme Court _____ and am not under a court or administrative agency
                                          *Name of Court*
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☑ 3. I am associated with Darren C. N. Nguyen
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS  NGUYEN & LUU, LLP  120 S. Harbor Blvd., Suite F,  Santa Ana, CA 92704-1382 |
| NAME (Type or Print)  Jay I. Nunez | TELEPHONE NUMBER  (714) 418-2080 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Darren C. N. Nguyen/Jay I. Nunez            NGUYEN & LUU, LLP
                                                   *(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

All immigration matters.

| Name of Person Consenting  Huong Thi Luong | Signature of Person Consenting  X Huong | Date  09/21/2007 |

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

TO SERVE YOU MORE EFFICIENTLY we are replying to your letter with a brief note. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. Should you inquire again concerning the same matter, please return the attached correspondence. Please note, a copy of this correspondence will be placed in your file.

October 5, 2007

Darren Nguyen Esq.
120 South Harbor Blvd
Suite F
Santa Ana, CA 92704

Re:    A# 043 071 358, Huong Thi Luong

Dear Mr. Nguyen,

USCIS acknowledges receipt of your inquiry received on 10/04/07 regarding the N-400 application for Huong Thi Luong. After the events of 09/11/2001, the Immigration Service has been mandated to perform new background checks on all applicants for Naturalization. This is a separate background check from the fingerprinting procedure. Your case, like many others, is still awaiting a response. Because the FBI conducts this procedure, we are currently unable to give a timetable on its completion (see attached fact sheet). We will, however, monitor the status of this case on a weekly basis. CIS will notify the applicant by mail as to the next step in the process when the case has completed all 3rd agency security clearances. Address on record is 1045 Daisy Street, Escondido CA 92027.

Please use the attached Attorney Inquiry Procedures when submitting inquiries to the USCIS San Diego District Office.

U.S. Citizen and Immigration Services
M-180 (Rev. 10-15-75)
Department of Homeland Security

Cc: rj:

# San Diego District
# Attorney Inquiry Procedures



U.S. Citizenship
and Immigration
Services

- At the beginning of each month, the San Diego District Office posts its current processing times for all applications processed at SND. Processing times are also available on line at www.uscis.gov. Please do not submit an inquiry pertaining to an application that is not past its processing time.

- Attorney inquiries must be submitted on Tuesdays only via e-mail. Inquiries submitted outside this time frame will not be considered. Walk-in attorney inquiries and facsimile inquiries are no longer accepted.

- CIS will respond only to inquiries from the attorney of record whose form G-28 is on file. Inquiries submitted by paralegal assistants, clerical staff, etc. will not be accepted.

- Should CIS require a G-28, proof of filing, or other documents, we will contact the attorney by     e-mail requesting that the document(s) be forwarded via fax. No unsolicited documents should be faxed to CIS.

- Three inquiries per attorney may be submitted every Tuesday. Attorneys representing CBOs may submit up to six inquiries every Tuesday.

- Please allow 60 days between inquiries.

- Please do not call anyone in CIS regarding a pending inquiry. Doing so may re-route the file, impeding the process, and increase response time.

- Change of address notification and requests for interview appointment rescheduling should be sent via e-mail only to sndattyadj@dhs.gov. Appointment reschedule requests require a minimum 24-hour notice. Please do not submit an inquiry as notification of a change of address or to request appointment rescheduling.

## PROCEDURE

### *(Please allow 60 days between inquiries)*

**First inquiry: Via e-mail to:**

attysec@dhs.gov (when security checks are pending, regardless of application type)

attyi485@dhs.gov (I-485, I-765, I-751, I-90)

attyn400@dhs.gov (N-400, N600, N-565)

**Second inquiry: Via e-mail to:**
**(Please indicate second inquiry)**

attysec@dhs.gov  (when security checks are pending)

attyi485@dhs.gov (I-485, I-765, I-751, I-90)

attyn400snd@dhs.gov (N-400, N600, N-565)

**Third inquiry:**
**(Please indicate third inquiry.)**

Amy Bowen, SDAO, at emilia.bowen@dhs.gov (N-400, N600, N-565)
Elizabeth Villaseñor, SDAO, at elizabeth.villasenor@dhs.gov (I-485, I-765, I-131, I-751, I-90)

**Fourth inquiry:**
**(Please indicate fourth inquiry)**

San Diego District Resolution Officer, at resolution.district24@dhs.gov

**Fifth inquiry:**
**(Please indicate fifth inquiry)**

Vern Duncan, Section Manager, at vernon.duncan@dhs.gov

**Sixth inquiry:**
**(Please indicate sixth inquiry)**

Paul M. Pierre, District Director, at paul.pierre@dhs.gov

Revised 07/21/2007

TO SERVE YOU MORE EFFICIENTLY we are replying to your letter with a brief note. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. Should you inquire again concerning the same matter, please return the attached correspondence. Please note, a copy of this correspondence will be placed in your file.

October 11, 2007

Darren Nguyen Esq.
120 South Harbor Blvd
Suite F
Santa Ana, CA 92704

Re:    Status inquiries for U.S. Citizenship & Immigration Service
       A# 043 071 358, Huong Thi Luong

Dear Mr. Nguyen,

Please use the attached guidelines when submitting inquiries to the USCIS San Diego District Office.    Upon receipt of this notice, all inquiries received by your firm at the central mailing address 880 Front Street, Suite 1234, San Diego CA 92101 will be returned without a response.

You may also call the National Customer Service Center at 1-800-375-5283 to obtain status on a case.

U.S. Citizen and Immigration Services
M-180 (Rev. 10-15-75)
Department of Homeland Security

Cc: rj:

# San Diego District
# Attorney Inquiry Procedures



U.S. Citizenship
and Immigration
Services

- At the beginning of each month, the San Diego District Office posts its current processing times for all applications processed at SND. Processing times are also available on line at www.uscis.gov. Please do not submit an inquiry pertaining to an application that is not past its processing time.

- Attorney inquiries must be submitted on Tuesdays only via e-mail. Inquiries submitted outside this time frame will not be considered. Walk-in attorney inquiries and facsimile inquiries are no longer accepted.

- CIS will respond only to inquiries from the attorney of record whose form G-28 is on file. Inquiries submitted by paralegal assistants, clerical staff, etc. will not be accepted.

- Should CIS require a G-28, proof of filing, or other documents, we will contact the attorney by    e-mail requesting that the document(s) be forwarded via fax. No unsolicited documents should be faxed to CIS.

- Three inquiries per attorney may be submitted every Tuesday. Attorneys representing CBOs may submit up to six inquiries every Tuesday.

- Please allow 60 days between inquiries.

- Please do not call anyone in CIS regarding a pending inquiry. Doing so may re-route the file, impeding the process, and increase response time.

- Change of address notification and requests for interview appointment rescheduling should be sent via e-mail only to sndattyadj@dhs.gov. Appointment reschedule requests require a minimum 24-hour notice. Please do not submit an inquiry as notification of a change of address or to request appointment rescheduling.

## PROCEDURE

### *(Please allow 60 days between inquiries)*

| | |
|---|---|
| **First inquiry: Via e-mail to:** | attysec@dhs.gov (when security checks are pending, regardless of application type) |
| | attyi485@dhs.gov (I-485, I-765, I-751, I-90) |
| | attyn400@dhs.gov (N-400, N600, N-565) |
| **Second inquiry: Via e-mail to:** (Please indicate second inquiry) | attysec@dhs.gov (when security checks are pending) |
| | attyi485@dhs.gov (I-485, I-765, I-751, I-90) |
| | attyn400snd@dhs.gov (N-400, N600, N-565) |
| **Third inquiry:** (Please indicate third inquiry.) | Amy Bowen, SDAO, at emilia.bowen@dhs.gov (N-400, N600, N-565) Elizabeth Villaseñor, SDAO, at elizabeth.villasenor@dhs.gov (I-485, I-765, I-131, I-751, I-90) |
| **Fourth inquiry:** (Please indicate fourth inquiry) | San Diego District Resolution Officer, at resolution.district24@dhs.gov |
| **Fifth inquiry:** (Please indicate fifth inquiry) | Vern Duncan, Section Manager, at vernon.duncan@dhs.gov |
| **Sixth inquiry:** (Please indicate sixth inquiry) | Paul M. Pierre, District Director, at paul.pierre@dhs.gov |

Revised 07/21/2007

## Jay Nunez

| | |
|---|---|
| **From:** | Jay Nunez [jn@nguyenluu.com] |
| **Sent:** | Friday, December 07, 2007 4:25 PM |
| **To:** | 'attyn400snd@dhs.gov' |
| **Subject:** | N-400 Second Inquiry |

This is a second inquiry re: Ms. Huong Thi Luong A# 43-071-358. Ms. Luong attended her Naturalization interview on May 19, 2005 and passed the necessary exams.

Please provide our office with a status update re: her naturalization application.

**Jay I. Nuñez, Esq.**
NGUYEN & LUU, LLP
120 South Harbor Blvd.
Santa Ana, CA 92704
jn@nguyenluu.com
Tel: 714.418.2080
Fax: 714.418.2081

**Jay Nunez**

| | |
|---|---|
| **From:** | Jay Nunez [jn@nguyenluu.com] |
| **Sent:** | Friday, December 07, 2007 4:34 PM |
| **To:** | 'emilia.bowen@dhs.gov' |
| **Subject:** | FW:Third Inquiry re: N-400 |

 

details.txt (274 B)   ATT00109.txt (2 KB)

Dear Ms. Bowen,

Pursuant to the SD District Attorney Inquiry Procedures sent to me by USCIS, I attempted to send my second inquiry to attyn400snd@dhs.gov, however, it was returned as undeliverable (see below).

Therefore, I am sending this inquiry to your email address as a third inquiry re: HUONG THI LUONG A#43-071-358.

Please provide a status update as Ms. Luong has been waiting to hear about her Naturalization Application for over 2 1/2 years.

Thank you and have a nice weekend,

Jay Nunez
Attorney at Law
714-418-2080

-----Original Message-----
From: Postmaster@mta2.dhs.gov [mailto:Postmaster@mta2.dhs.gov]
Sent: Friday, December 07, 2007 4:23 PM
To: jn@nguyenluu.com
Subject: Undeliverable mail

Your message was not delivered to the following recipients:

        attyn400snd@dhs.gov: User unknown


_____ NOD32 2711 (20071207) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

1

**Jay Nunez**

| | |
|---|---|
| **From:** | Kynoch, Celia C [celia.kynoch@dhs.gov] |
| **Sent:** | Monday, December 10, 2007 8:21 AM |
| **To:** | jn@nguyenluu.com |
| **Subject:** | FW: Third Inquiry re: N-400 |

    

details.txt (276 B)  ATT00109.txt (2 KB)  NEW ATTY INQ ROCEDURES July 2.

Mr. Nunez,

In response to your inquiry for the above case.
Security checks are still pending for your client.
Unfortunately, we can take no further action until checks clear.  As security checks are performed by other government agencies, their processing is beyond the control of Citizenship and Immigration Services.  We are monitoring the status of this case on a weekly basis. We will immediately notify you and your client when security checks are completed.

Thank you for your continued patience.

Celia Kynoch

-----Original Message-----
From: Kynoch, Celia C
Sent: Monday, December 10, 2007 6:36 AM
To: 'jn@nguyenluu.com'
Subject: FW: Third Inquiry re: N-400


Mr. Nunez,

See attached. Please follow procedures and do not cc; or duplicate your inquiries.

I appreciate your full cooperation.


Thank you.
Celia Kynoch


-----Original Message-----
From: Jay Nunez [mailto:jn@nguyenluu.com]
Sent: Friday, December 07, 2007 4:34 PM
To: Bowen, Emilia
Subject: FW:Third Inquiry re: N-400


Dear Ms. Bowen,

Pursuant to the SD District Attorney Inquiry Procedures sent to me by USCIS, I attempted to send my second inquiry to attyn400snd@dhs.gov, however, it was returned as undeliverable (see below).

Therefore, I am sending this inquiry to your email address as a third inquiry re: HUONG THI LUONG A#43-071-358.

Please provide a status update as Ms. Luong has been waiting to hear about her Naturalization Application for over 2 1/2 years.

Thank you and have a nice weekend,

Jay Nunez
Attorney at Law
714-418-2080

-----Original Message-----
From: Postmaster@mta2.dhs.gov [mailto:Postmaster@mta2.dhs.gov]
Sent: Friday, December 07, 2007 4:23 PM
To: jn@nguyenluu.com
Subject: Undeliverable mail

Your message was not delivered to the following recipients:

              attyn400snd@dhs.gov: User unknown


_____ NOD32 2711 (20071207) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com



_____ NOD32 2713 (20071210) Information _____

This message was checked by NOD32 antivirus system.
http://www.eset.com

2

# EXHIBIT 3

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

TO SERVE YOU MORE EFFICIENTLY we are replying to your letter with a brief note. This informal method enables a more prompt response. We trust you will agree that a faster response is more important than formality. A copy of this correspondence will be placed in your file. Should you inquire again concerning the same matter, please return the attached correspondence.

**October 27, 2005**

**A   43 071 358**

**HUONG LUONG**
**1045 DAISY STREET**
**SAN DIEGO, CA. 92027**

Dear Sir or Madam,

After the events of 09/11/2001, the Immigration Service has been mandated to perform new background checks on all applicants for Naturalization.

Your case, like many others, is still awaiting a response for these additional security checks. **This procedure is not conducted by our agency; we are currently unable to give a timetable on its completion. When your case has cleared you will be notified by mail as to the next step in the process.**

Due to the fact that fingerprint responses expire after 15 months, some applicants will be required to take a new set of fingerprints AFTER the security checks have cleared. You will be notified by mail IF you are required to take new fingerprints. There is no additional charge for additional fingerprints.

If you have a change of address, please inform this office as soon as possible.

Thank you for your continued patience in this matter.

**\* \* \* IN THE FUTURE, YOU MAY INQUIRE ABOUT YOUR CASE VIA E-MAIL \* \* \***

Send your inquiry to: Ask-Cis.Snd@dhs.gov

**Please include the following information with your email inquiry:**
   ✓ Your name and date of birth
   ✓ Your Alien Registration number ("A" number)
   ✓ The type of application you have pending and the date it was filed
   ✓ Your email address
   ✓ Complete current mailing address and telephone number

Or you may call the *National Customer Service Center* at **1-800-375-5283** for your inquiry.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Citizenship and Immigration Services

M-180 (Rev. 10-15-75) Y

Form I-797C (Rev. 01/31/05) N

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 146766   — BH
* * C O P Y * *
January 23. 2008**
          11:49:38

**Civ Fil Non—Pris**
USAO #.: 08CV0129 CIVIL FILING
Judge..: NAPOLEON A JONES, JR
Amount.:                    $350.00 CK
Check#.: PC# 285

**Total—>   $350.00**

FROM: LUONG V. MUKASEY ET AL
      CIVIL FILING

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**

**I. (a)  PLAINTIFFS**
Huong Thi Luong

**DEFENDANTS**
Attorney General Michael Mukasey, Secretary of DHS Michael Chertoff, Director of USCIS Emilio Gonzalez, San Diego District

**(b)** County of Residence of First Listed Plaintiff    San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    San Diego

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                          DEPUTY

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Nguyen & Luu, LLP., 120 South Harbor Blvd., Suite F;
Santa Ana, CA 92704

Attorneys (If Known)

**08  CV  0129  J  WMc**

## II.  BASIS OF JURISDICTION    (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)    and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT    (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | ☐ 710 Fair Labor Standards Act | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | | | | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V.  ORIGIN    (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 USC Section 1447(b)
Brief description of cause:
It has been 2 1/2 years since Plaintiff's Naturalization Interview, and she has not received a determination.

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions):    JUDGE                                DOCKET NUMBER

DATE  1/11/08

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #  14L766    AMOUNT  $350    APPLYING IFP    JUDGE    MAG. JUDGE

1/23/08 tkl