Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

HUONG THI LUONG
(A# 43-071-358

vs

MICHAEL MUKASEY, Attorney
General of the United States;
Please see attached.

SUMMONS IN A CIVIL ACTION

Case No. 08cv129 J(WMC)

*FILED 08 JAN 28 PM 4:50*

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

DARREN C. N. NGUYEN
NGUYEN & LUU, LLP
120 South Harbor Blvd., Suite F
Santa Ana, CA 92704

An answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____W. Samuel Hamrick, Jr._____          ____JAN 29 2008____
                    CLERK                                         DATE

By ____J. PARIS____, Deputy Clerk

Summons in a Civil Action                                         Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

1  DARREN C.N. NGUYEN (SBN 180588)
   JAY I. NUNEZ (SBN 248718)
2  NGUYEN & LUU, LLP
   120 S. Harbor Blvd., Suite F
3  Santa Ana, CA 92704
   (714) 418-2080 Telephone
4  (714) 418-2081 Facsimile
   dnguyen@nguyenluu.com
5  Attorneys for Plaintiff, HUONG THI LUONG

6

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10                 SAN DIEGO, CALIFORNIA

11

12  HUONG THI LUONG                  )
        (A# 43-071-358),              )   Case No.
13                                   )
                                     )
14            Plaintiff              )
         v.                          )   **PETITION FOR HEARING ON**
15                                   )   **NATURALIZATION**
    MICHAEL MUKASEY, Attorney        )   **APPLICATION;**
16  General of the United States;    )   **MANDAMUS;**
    MICHAEL CHERTOFF, Secretary of   )   **ADMINISTRATIVE PROCEDURE**
17  the Department of Homeland Security; )  **ACT; DUE PROCESS**
    EMILIO T. GONZALEZ, Director,    )
18  United States Citizenship and    )
    Immigration Services; PAUL M.    )
19  PIERRE, San Diego District Director )
    of United States Citizenship and )
20  Immigration Services; ROBERT S.  )
    MUELLER, III, Director of Federal )
21  Bureau of Investigation; UNITED  )
    STATES DEPARTMENT OF             )
22  JUSTICE; UNITED STATES           )
    DEPARTMENT OF HOMELAND           )
23  SECURITY; UNITED STATES          )
    CITIZENSHIP AND IMMIGRATION      )
24  SERVICES; FEDERAL BUREAU OF      )
    INVESTIGATIONS                   )
25                                   )
            Defendants.              )
26                                   )
    _____
27  ///

28  ///

ORIGINAL