1  DARREN C.N. NGUYEN (SBN 180588)
   JAY I. NUNEZ (SBN 248718)
2  NGUYEN & LUU, LLP
   120 S. Harbor Blvd., Suite F
3  Santa Ana, CA 92704
   (714) 418-2080 Telephone
4  (714) 418-2081 Facsimile
   dnguyen@nguyenluu.com
5  Attorneys for Plaintiff, HUONG THI LUONG

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 HUONG THI LUONG                    ) Case No. 08cv129-J (WMc)
      (A# 43-071-358),                )
12                                    )
                                      )
13           Plaintiff                ) **VOLUNTARY DISMISSAL**
         v.                           )
14                                    )
   MICHAEL MUKASEY, Attorney          )
15 General of the United States;      )
   MICHAEL CHERTOFF, Secretary of     )
16 the Department of Homeland Security;)
   EMILIO T. GONZALEZ, Director,      )
17 United States Citizenship and      ) Hon. John A. Houston
   Immigration Services; PAUL M.      )
18 PIERRE, San Diego District Director)
   of United States Citizenship and   )
19 Immigration Services; ROBERT S.    )
   MUELLER, III, Director of Federal  )
20 Bureau of Investigation; UNITED    )
   STATES DEPARTMENT OF               )
21 JUSTICE; UNITED STATES             )
   DEPARTMENT OF HOMELAND             )
22 SECURITY; UNITED STATES            )
   CITIZENSHIP AND IMMIGRATION        )
23 SERVICES; FEDERAL BUREAU OF        )
   INVESTIGATIONS                     )
24                                    )
             Defendants.              )
25 _____  )

26

27      WHEREAS, on January 18, 2008, plaintiff Huong Thi Luong ("Plaintiff")

28 filed her Petition for Hearing on Naturalization Application; and

1 |     WHEREAS the ATTORNEY OF RECORD FOR Defendants, Samuel W. Bettwy, Assistant U.S. Attorney, has informed the undersigned, attorney for Plaintiff that United States Citizenship and Immigration Services ("USCIS") is prepared to adjudicate Plaintiff's naturalization application, Plaintiff voluntarily dismisses this case, without prejudice.

Dated: May 3, 2008

NGUYEN & LUU, LLP

_____
DARREN C. N. NGUYEN
Attorneys for Plaintiff Huong Thi Luong